BEFORE THE FIRST DIVISION, DECEMBER 6, 1956

**No. 60398.**—Columbia Pictures Corporation v. United States, protest 289857–K (San Francisco).

Opinion by OLIVER, C. J.    Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 60399.**—Burroughs-Wellcome & Co., Inc. v. United States, protests 193735–K, etc. (New York).

Opinion by WILSON, J.    In accordance with stipulation of counsel that the merchandise consists of dried digitalis lanata leaves the same in all material respects as those involved in *Burroughs-Wellcome Co., Inc.* v. *United States* (35 Cust. Ct. 160, C. D. 1738) [affirmed in *United States* v. *Burroughs-Wellcome Co., Inc.*, 43 C. C. P. A. 142, C. A. D. 621], the claim of the plaintiff was sustained.